# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:17-cv-1184-APG-VCF |
| Plaintiff | **ORDER DISMISSING DEFENDANTS KARI LEE LIMITED PARTNERSHIP AND ALARISA PROPERTIES, LLC** |
| v. | |
| KARI LEE LIMITED PARTNERSHIP, et al., | [ECF No. 31] |
| Defendants | |

On October 25, 2018, plaintiff Wells Fargo was advised by the court (ECF No. 31) that this action would be dismissed without prejudice as to defendants Kari Lee Limited Partnership and Alarisa Properties, LLC unless on or before November 23, 2018, Wells Fargo filed proper proof of service or showed good cause why service was not made. Wells Fargo has failed to file proof of service nor shown good cause. Nor has it shown cause why this action should not be dismissed without prejudice as to those defendants for failure to effect timely service pursuant to FRCP 4(m).

IT IS HEREBY ORDERED that this action is **DISMISSED without prejudice** as to defendants Kari Lee Limited Partnership and Alarisa Properties, LLC.

Dated: November 27, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE