WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>Plaintiff,<br><br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC,<br><br>Defendants. | Case No.: 2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO DISCLOSE EXPERT DISCLOSURES** |

COMES NOW, Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Wells Fargo"), Defendant Arbor Park Homeowners Association ("HOA"), Defendant, Absolute Collection Services ("ACS"), and Defendant, Saticoy Bay, LLC Series 5451 Autumn Crocus ("Saticoy Bay"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for the Parties to disclose Expert Disclosures, currently set for January 25, 2019, should be extended to **February 8, 2019**.

IT IS HEREBY STIPULATED AND AGREED that the deadline for the Parties to disclose Rebuttal Expert Disclosures, currently set for February 25, 2019, should be extended to **March 11, 2019**.

| | |
|---|---|
| DATED this 25th day of January, 2019.<br>**WRIGHT, FINLAY & ZAK, LLP**<br><br>/s/Rock K. Jung, Esq.<br>ROBERT A. RIETHER, ESQ.<br>Nevada Bar No. 12076<br>E-Mail: esmith@wrightlegal.net<br>ROCK K. JUNG, ESQ.<br>Nevada Bar No. 10906<br>E-Mail: rjung@wrightlegal.net<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys For:*<br>*Plaintiff, Wells Fargo Bank, N.A., as Trustee For ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3* | DATED this 25th day of January, 2019.<br>**LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>/s/ Adam R. Trippiedi, Esq.<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>E-Mail: mbohn@bohnlawfirm.com<br>ADAM R. TRIPPIEDI, ESQ..<br>Nevada Bar No. 12294<br>E-Mail: atrippiedi@bohnlawfirm.com<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorneys For:*<br>*Saticoy Bay LLC Series 5451 Autumn Crocus* |
| DATED this 25th day of January, 2019.<br><br>**ABSOLUTE COLLECTION SERVICES, LLC**<br><br>/s/ Shane D. Cox, Esq.<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>E-Mail: shane@absolute-collection.com<br>7485 W. AZURE DR., SUITE 129<br>Las Vegas, Nevada 89130<br>*Attorneys for Absolute Collection Services, LLC* | DATED this 25th day of January, 2019.<br><br>**TYSON & MENDES, LLP**<br><br>/s/ Margaret E. Schmidt, Esq.<br>MARGARET E. SCHMIDT, ESQ.<br>Nevada Bar No. 12489<br>E-Mail: mschmidt@tysonmendes.com<br>3960 HOWARD HUGHES PKWY, SUITE 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Arbor Park Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
1-28-2019
DATED: _____