WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>Plaintiff,<br><br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Wells Fargo" or "Plaintiff")"), Defendant, Saticoy Bay, LLC Series 5451 Autumn Crocus ("Saticoy Bay"), Defendant, Absolute Collection Services, LLC ("ACS") and Defendant, Arbor Park Homeowners Association ("HOA"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the parties agree to extend dispositive motion deadlines from April 26, 2019 to June 10, 2019, to allow the parties additional time to reach a global resolution. The parties have not yet reached an agreement, but they feel one is still possible and additional time is requested to explore settlement and exchange offers. Therefore,

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued for 45 days from April 26, 2019 to June 10, 2019, to permit the parties additional time to discuss potential settlement and resolution of all pending claims.

IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive motion practice.

This is the parties' first request for extension of the deadline to file dispositive motions. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 23rd day of April, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

DATED this 23rd day of April, 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Michael F. Bohn, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Attorney for Defendant, Defendant Saticoy Bay LLC*

*Signatures continued on next page*

| | | |
|---|---|---|
| 1 | DATED this 23rd day of April, 2019. | DATED this 23rd day of April, 2019. |
| 2 | ABSOLUTE COLLECTION SERVICES, LLC | TYSON & MENDES, LLP |

ABSOLUTE COLLECTION SERVICES, LLC

*/s/ Shane D. Cox, Esq.*
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128
*Attorneys for Defendant, Absolute Collection Services, LLC*

TYSON & MENDES, LLP

*/s/ Margaret E. Schmidt, Esq.*
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
*Attorney for Defendant, Arbor Park Homeowners Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-24-2019