WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>Plaintiff,<br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINES**<br><br>**[THIRD REQUEST]** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Wells Fargo" or "Plaintiff"), Defendant, Saticoy Bay, LLC Series 5451 Autumn Crocus ("Saticoy Bay"), Defendant, Absolute Collection Services, LLC ("ACS") and Defendant, Arbor Park Homeowners Association ("HOA"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

WHEREAS, the parties previously agreed to extend dispositive motion deadlines from June 10, 2019, 2019 to July 10, 2019, to allow the parties additional time to reach a global resolution. Presently, the parties do not believe a settlement will be reached but request an additional two (2) days to finalize and file their respective dispositive motions. Therefore,

Page 1 of 2

IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline should be continued from July 10, 2019 to July 12, 2019.

This is the parties' third request for extension of the deadline to file dispositive motions. This request is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 10th day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

DATED this 10TH day of July, 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Adam R. Trippiedi, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
*Attorney for Defendant, Defendant Saticoy Bay LLC*

DATED this 10th day of July, 2019.

ABSOLUTE COLLECTION SERVICES, LLC

*/s/ Shane D. Cox, Esq.*
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, NV 89128
*Attorneys for Defendant, Absolute Collection Services, LLC*

DATED this 10th day of July, 2019.

TYSON & MENDES, LLP

*/s/ Margaret E. Schmidt, Esq.*
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
*Attorney for Defendant, Arbor Park Homeowners Association*

**ORDER**

IT IS SO ORDERED:
DATED: 7-11-2019

_____
UNITED STATES MAGISTRATE JUDGE