WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3, | Case No.:   2:17-cv-01184-APG-VCF |
| | **STIPULATION AND ORDER TO EXTEND DEADLINES TO OPPOSE DISPOSITIVE MOTIONS** |
| Plaintiff, | |
| vs. | **(FIRST REQUEST)** |
| KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC, | |
| Defendants. | |
| SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS, | |
| Counterclaimant, | |
| vs. | |
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3, | |

| 1 | Counter-Defendant. |
| 2 | |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DISPOSITIVE MOTIONS**

Plaintiff/Counter-Defendant, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Plaintiff"), Defendant/Counterclaimant, Saticoy Bay, LLC Series 5451 Autumn Crocus ("Saticoy Bay"), Defendant, Arbor Park Community Association, and Defendant, Absolute Collection Services LLC (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 10, 2019, Saticoy Bay filed its Motion for Summary Judgment [ECF No. 47]. Pursuant to LR 7-2(b), the deadline to oppose Saticoy Bay's Motion for Summary Judgment is July 31, 2019. Plaintiff filed its Motion for Summary Judgment on July 12, 2019 [ECF No. 50]. The last day to file a response to Plaintiff's Motion for Summary Judgment is August 2, 2019. Due to counsel for Plaintiff's trial schedule, the Parties have discussed extending the deadline to file responses to the Motions for Summary Judgment.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

WHEREAS, IT IS HEREBY STIPULATED AND AGREED that the deadlines to file oppositions to Saticoy Bay's Motion for Summary Judgment [ECF No. 47] and Plaintiff's Motion for Summary Judgment [ECF No. 50] shall be extended to August 8, 2019. This is the first stipulation for extension of time for responses to the Motions for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 31st day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq.
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant,*
*Wells Fargo Bank, N.A., as Trustee for ABFC*
*2004-OPT3 Trust, ABFC Asset-Backed*
*Certificates, Series 2004-OPT3*

DATED this 31st day of July, 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Adam R. Trippiedi, Esq.
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Defendant/Counterclaimant,*
*Saticoy Bay, LLC Series 5451 Autumn*
*Crocus*

DATED this 31st day of July, 2019.

TYSON & MENDES LLP

/s/ Margaret E. Schmidt, Esq.
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant, Arbor Park*
*Community Association*

DATED this 31st day of July, 2019.

ABSOLUTE COLLECTION SERVICES, LLC

/s/ Shane D. Cox, Esq.
Shane D. Cox, Esq.
Nevada Bar No. 13852
8440 W. Lake Mead Blvd., Ste. 210
Las Vegas, NV 89128
*Attorneys for Defendant, Absolute Collection*
*Services, LLC*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 31, 2019.