WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>        Plaintiff,<br><br>  vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br><br>        Defendants. | Case No.: 2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS,<br><br>        Counterclaimant,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3, | |

Counter-Defendant.

Plaintiff/Counter-Defendant, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Plaintiff"), Defendant/Counterclaimant, Saticoy Bay, LLC Series 5451 Autumn Crocus ("Saticoy Bay"), Defendant, Arbor Park Community Association ("HOA"), and Defendant, Absolute Collection Services LLC (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On July 10, 2019, Saticoy Bay filed its Motion for Summary Judgment [ECF No. 47]. Plaintiff filed its Motion for Summary Judgment on July 12, 2019 [ECF No. 50]. Plaintiff filed its response to Saticoy Bay's Motion on August 8, 2019 [ECF No. 55]. Saticoy Bay and HOA opposed Plaintiff's Motion on August 8, 2019 [ECF Nos. 56-57]. Presently, Plaintiff and Saticoy Bay's replies in support of their respective Motions for Summary Judgment are due by August 22, 2019.

To allow additional time to fully brief the Court in this matter, the Parties have discussed extending the deadline for filing replies in support of the pending Motions for Summary Judgment by one week. This is the first stipulation for extension of time of the deadline for Saticoy Bay and Plaintiff to file Replies in support of their Motions for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/././
/././
/././
/././
/././
/././
/././
/././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Saticoy Bay to file a Reply in support of its Motion for Summary Judgment [ECF No. 47], as well as the deadline for Plaintiff to file a Reply in support of its Motion for Summary Judgment [ECF No. 50] shall be extended by one week to August 29, 2019.

| | |
|---|---|
| DATED this 22nd day of August, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Rock K. Jung<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter-Defendant, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3* | DATED this 22nd day of August, 2019.<br>LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.<br><br>/s/ Adam R. Trippiedi<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br>*Attorneys for Defendant/Counterclaimant, Saticoy Bay, LLC Series 5451 Autumn Crocus* |
| DATED this 22nd day of August, 2019.<br>TYSON & MENDES LLP<br><br>/s/ Margaret E. Schmidt<br>Thomas E. McGrath, Esq.<br>Nevada Bar No. 7086<br>Margaret E. Schmidt, Esq.<br>Nevada Bar No. 12489<br>3960 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant, Arbor Park Community Association* | DATED this 22nd day of August, 2019.<br>ABSOLUTE COLLECTION SERVICES, LLC<br><br>/s/ Shane D. Cox<br>Shane D. Cox, Esq.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Ste. 210<br>Las Vegas, NV 89128<br>*Attorneys for Defendant, Absolute Collection Services, LLC*<br><br>IT IS SO ORDERED:<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: August 22, 2019. |