MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
(702) 642-3113/ (702) 642-9766 FAX
Attorney for defendant Saticoy Bay LLC
Series 5451 Autumn Crocus

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>          Plaintiff,<br><br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br>          Defendants.<br>_____<br>SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS,<br><br>          Counterclaimant,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3<br><br>          Counter-defendant. | CASE NO.:   2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PROPOSED PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

- 1 -

Plaintiff Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 (hereinafter "**plaintiff**"); defendant Saticoy Bay LLC Series 5451 Autumn Crocus (hereinafter "**defendant**"); defendant Arbor Park Community Association ("**HOA**"); and defendant Absolute Collection Services LLC ("**ACS**"), hereby stipulate and agree as follows:

1. On March 24, 2020, this Court entered an Order for Joint Proposed Pretrial Order [ECF 74] which required the parties to file a Joint Proposed Pretrial Order on or before April 17, 2020.
2. The parties have been heavily engaged in settlement negotiations and are close to settlement.
3. In order to facilitate additional settlement discussions, and because of the difficulties caused by the COVID-19 outbreak, the parties hereby stipulate to continue the deadline to file the Joint Proposed Pretrial Order to June 17, 2020.
4. This is the first stipulation for extension of time of this deadline.
5. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

///
///
///

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for the parties to file a Joint Proposed Pretrial Order shall be extended to June 17, 2020.

| | |
|---|---|
| LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ. | WRIGHT, FINLAY & ZAK, LLP |
| By: /s/ Adam R. Trippiedi, Esq.<br>  Michael F. Bohn, Esq.<br>  Adam R. Trippiedi , Esq.<br>  2260 Corporate Cir, Suite 480<br>  Henderson, Nevada 89074<br>  Attorney for plaintiff Saticoy Bay LLC | By: /s/ Rock K. Jung, Esq.<br>  Robert A. Riether, Esq.<br>  Rock K. Jung, Esq.<br>  7785 W. Sahara Ave, Ste 200<br>  Las Vegas, Nevada 89117<br>  Attorney for Plaintiff |
| TYSON & MENDES LLP | |
| By: /s/ Margaret E. Schmidt, Esq.<br>  Thomas E. McGrath, Esq.<br>  Margaret E. Schmidt, Esq.<br>  3960 Howard Hughes Parkway, Ste 600<br>  Las Vegas, Nevada 89147<br>  Attorney for Arbor Park Community Association | By:  Not Signed[1]<br>  Absolute Collection Services, LLC<br>  6440 Skypointe Dr 140-154<br>  Las Vegas, Nevada 89131 |

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: ___4/17/2020_____

---

[1] Absolute Collection Services, LLC is no longer represented by counsel as its counsel withdrew earlier in this case. We have attempted to reach out directly to Absolute Collection Services, LLC, but it appears the company is no longer in operation and our efforts to reach out have been unsuccessful.

- 3 -