WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>Plaintiff,<br><br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-01184-APG-VCF<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3 ("Plaintiff"), by and through its attorneys of record, Michael S. Kelley, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. ("Previous Attorney") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Michael S. Kelley, Esq. Subsequent filings have been made and Previous Attorney is receiving

1  notices of the proceedings in this case. As a result, it is no longer necessary that Previous
2  Attorney receive notice of the ongoing proceedings.
3
4  Accordingly, the undersigned counsel requests that Dana Jonathon Nitz be removed from
5  the Service List in this matter.
6  DATED this 27th day of May, 2020.
7
            WRIGHT, FINLAY & ZAK, LLP

            /s/ Michael S. Kelley
            Michael S. Kelley, Esq.
            Nevada Bar No. 10101
            7785 W. Sahara Ave., Suite 200
            Las Vegas, NV 89117
            Attorneys for Plaintiff, Wells Fargo Bank, N.A., as
            Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-
            Backed Certificates, Series 2004-OPT3

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED: 6-1-2020

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Electronic Filing Procedure IV(B), I certify that on the 27th day of May, 2020, a true and correct copy of this **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** was transmitted electronically to all counsels identified on the CM/ECF notification system.

            /s/ Lisa Cox
            An Employee of WRIGHT, FINLAY & ZAK, LLP