**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff <br><br> v. <br><br> KARI LEE LIMITED PARTNERSHIP, et al., <br><br> Defendants | Case No.: 2:17-cv-01184-APG-VCF <br><br> **Order on Notice of Settlement** |

In light of the parties' notice of settlement,

I ORDER that by August 24, 2020, the parties shall file a stipulation of dismissal, a status report, or a proposed joint pretrial order.

DATED this 22nd day of June, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE