WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR ABFC 2004-OPT3 TRUST, ABFC ASSET-BACKED CERTIFICATES, SERIES 2004-OPT3,<br><br>Plaintiff,<br><br>vs.<br><br>KARI LEE LIMITED PARTNERSHIP; SATICOY BAY, LLC SERIES 5451 AUTUMN CROCUS; ALARISA PROPERTIES, LLC; ARBOR PARK COMMUNITY ASSOCIATION; ABSOLUTE COLLECTION SERVICES LLC,<br><br>Defendants. | Case No.:   2:17-cv-01184-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3, Defendant Saticoy Bay LLC Series 5451 Autumn Crocus, and Defendant, Arbor Park Community Association, by and through their undersigned attorneys, hereby stipulate to dismiss this matter and all claims with prejudice, each party shall bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of November, 2020.

| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| */s/ Michael S. Kelley, Esq.* | */s/ Adam R. Trippiedi* |
| Robert A. Riether, Esq. | Michael F. Bohn, Esq. |
| Nevada Bar No. 12076 | Nevada Bar No.: 1641 |
| Michael S. Kelley, Esq. | Adam R. Trippiedi, Esq. |
| Nevada Bar No. 10101 | Nevada Bar No.: 12294 |
| 7785 W. Sahara Ave., Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, Nevada 89117 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee for ABFC 2004-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2004-OPT3* | *Attorneys for Defendant Saticoy Bay LLC Series 5451 Autumn Crocus* |

TYSON & MENDES LLP

*/s/ Margaret E. Schmidt*
Thomas E. McGrath, Esq.
Nevada Bar No. 7086
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
3960 Howard Hughes Parkway, Ste 600
Las Vegas, Nevada 89169
*Attorney for Arbor Park Community Association*

## **ORDER**

Based upon the foregoing Stipulation by and between the parties, and good cause appearing,

**IT IS FURTHER ORDERED** that the above-referenced matter, including all remaining claims for relief thereto, by and between all Parties, shall be dismissed with prejudice.

**IT IS SO ORDERED.**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  November 20, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 20th day of November, 2020, I did cause a true copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to be served through the ECF System, to all parties on the CM/ECF service list.

Michael F. Bohn    mbohn@bohnlawfirm.com, atrippiedi@bohnlawfirm.com, mazza@bohnlawfirm.com, office@bohnlawfirm.com

Thomas E. McGrath    tmcgrath@tysonmendes.com, KSavage-Koehm@tysonmendes.com, SFisher@TysonMendes.com, TysonMendesLV@outlook.com, aspina-hellem@tysonmendes.com

Margaret E Schmidt    mschmidt@tysonmendes.com, KSavage-Koehm@tysonmendes.com, SFisher@TysonMendes.com, TysonMendesLV@outlook.com, aspina-hellem@tysonmendes.com

Adam R Trippiedi    atrippiedi@bohnlawfirm.com

Christopher Ammon Lund    clund@tysonmendes.com, KSavage-Koehm@tysonmendes.com, SFisher@TysonMendes.com, TysonMendesLV@outlook.com, aspina-hellem@tysonmendes.com

_/s/ Lisa Cox_
An Employee of WRIGHT, FINLAY & ZAK, LLP